[No. 12243-0-II. Division Two. July 6, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. SEATTLE TOY COMPANY, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-1-01181-5, Nile E. Aubrey, J., entered October 24, 1986. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Reed and Worswick, JJ.

[No. 11461-5-II. Division Two. July 6, 1989.]

PUGET SOUND AIR POLLUTION CONTROL BOARD, *Respondent,* v. AK-WA, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-2-08834-8, Thomas A. Swayze, Jr., J., entered September 25, 1987. *Affirmed in part* and *reversed in part* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Worswick, J.

[No. 11866-1-II. Division Two. July 6, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JUAN RODRIGUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87-1-02717-3, Thomas R. Sauriol, J., entered March 17, 1988. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Green and Munson, JJ.